IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re: : CHAPTER 7
JOSEPH SZURGYJLO
 : CASE NUMBER 16-10287
Debtors :
 : Hon. Ashley Chan
 : United States Bankruptcy Judge

_____

Plaintiff
JOSEPH SZURGYJLO : Adversary Proceeding

 : Case Number 16-00046
v. :
Defendants :
UNITED COLLECTION BUREAU

_____

## PRAECIPE TO DISMISS

Plaintiff having amicably resolved his differences with Defendant and as the Defendant has not entered an appearance or filed a response requests that this matter be dismissed with prejudice.

BRIAN J. SMITH AND ASSOCIATES

/s/ JOSEPH A. DIORIO, ESQUIRE

_____
COUNSEL TO THE PLAINTIFF
Joseph Szurgyjlo

SO ORDERED:

_____
CHAN, U.S.B.J.