IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JOSEPH SZURGYJLO<br><br>Debtors | : CHAPTER 7<br>: CASE NUMBER 16-10287<br>:<br>: Hon. Ashley Chan<br>: United States Bankruptcy Judge |
| Plaintiff<br>JOSEPH SZURGYJLO<br><br>v.<br>Defendants<br>UNITED COLLECTION BUREAU | : Adversary Proceeding<br>: Case Number 16-00046<br>:<br>: |

## PRAECIPE TO DISMISS

Plaintiff having amicably resolved his differences with Defendant and as the Defendant has not entered an appearance or filed a response requests that this matter be dismissed with prejudice.

BRIAN J. SMITH AND ASSOCIATES

/s/ JOSEPH A. DIORIO, ESQUIRE

COUNSEL TO THE PLAINTIFF
Joseph Szurgyjlo

SO ORDERED:

_____
CHAN, U.S.B.J.

7/18/16